# JacksonLewis

Jackson Lewis P.C.
666 Third Avenue
New York NY 10017-4030
(212) 545-4057 Direct
Joseph.Anci@jacksonlewis.com

October 26, 2022

**VIA ECF**
Honorable Jennifer L. Rochon
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Request **GRANTED**.  Defendants shall answer or otherwise respond to the Complaint no later than **November 21, 2022**.

Dated:  October 26, 2022
        New York, New York

SO ORDERED

*/s/ Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

Re:   Patricia Viola v. InvestCloud, Inc., et al.
      Case No.: 1:22-cv-8217 (JLR)

Dear Judge Rochon:

This office represents defendants InvestCloud, Inc., John Wise and Mark Trousdale (collectively, the "Defendants") in the above-referenced matter.  Defendants submit this letter motion pursuant to Rule 1.F of Your Honor's Individual Practices to respectfully request an extension of time to respond to the complaint, from October 31, 2022 to November 21, 2022.  This is Defendants' second request for an extension of time.  The first request was made by former counsel for Defendants on September 30, 2022 after removal of this matter from state court, ECF Document No. 5, and that request was granted on October 3, 2022, ECF Document No. 6.  Plaintiff, through her counsel, Jennifer Turoff, Esq., consents to Defendants' request.  This request will not affect any other scheduled dates.

The undersigned appeared in this action on October 18, 2022, ECF Document No. 7.  Due to this recent change in Defendants' representation, additional time is necessary to allow this office to complete its comprehensive investigation into the allegations set forth in the Complaint, and to prepare a response to the Complaint.  Accordingly, Defendants respectfully request an extension of the time to respond to the Complaint, from October 31, 2022 through and including November 21, 2022.

We thank the Court for its attention to this request.

Very truly yours,

JACKSON LEWIS P.C.


/s/ Joseph Anci
Joseph Anci

cc:  All parties on record (via ECF)

4879-7069-9835, v. 1